**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO AVILA, JR., <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO HOME MORTGAGE and FAY SERVICING, LLC, <br><br> Defendants. | Case No. 1:17-cv-00146-DAD-SKO <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. 2) |

By motion filed February 2, 2017, Plaintiff Heriberto Avila, Jr., seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court shall not issue new case documents until the Court has screened the complaint.

IT IS SO ORDERED.

Dated:  **April 6, 2017**                             /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE

1